# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES | |
| v. | Criminal No.<br>3: 05cr58 (SRU) |
| JOSHUA FEBRES | |

### CONFERENCE MEMORANDUM

On April 23, 2008, I held a phone conference on the record with Hal Chen, for the government, and Ray Mansolillo, representing the defendant. The purpose of the conference was to discuss the medical status of Joshua Febres.

I indicated that I have received communications from Attorney Mansolillo, including one sent this morning, suggesting statutory and procedural mechanisms to ensure that Febres receive adequate medical care. I further indicated my concern that defense counsel seems to request that I act as an advocate for Febres, which would not be appropriate.

Attorney Chen stated that he spoke with Bureau of Prisons Attorney Joseph McClusky, who indicated that Febres is schedule to meet with a plastic surgeon at some point in the next few weeks.

I instructed the attorneys to continue to stay in touch with each other regarding the status of Febres and his medical care, and to contact my chambers if another phone conference is necessary.

Dated at Bridgeport, Connecticut, this 23rd day of April 2008.

                                                        /s/ Stefan R. Underhill
                                                            Stefan R. Underhill
                                                            United States District Judge